# United States District Court
# Western District of North Carolina
# Charlotte Division

| | | |
|---|---|---|
| **Gary Dean White,** | ) | JUDGMENT IN CASE |
| | ) | |
| Petitioner(s), | ) | 3:13-cv-00200-FDW |
| | ) | 3:03cr181 |
| vs. | ) | |
| | ) | |
| **United States of America,** | ) | |
| Respondent(s). | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's February 27, 2018 Order.

February 27, 2018

*[signature]*

Frank G. Johns, Clerk
United States District Court